UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DISTRICT

| | |
|---|---|
| LEON P. NODARI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; NDEX WEST LLC; AND DOES 1-50, Inclusive,<br><br>　　　　　　Defendants. | Case No.:  2:11-cv-09681-JFW-SH<br><br>**JUDGMENT OF DISMISSAL**<br><br>*[The Honorable John F. Walter, District Judge, Courtroom 16]* |

　　　　On January 4, 2012, this Court entered an Order granting, without leave to amend, the motion of defendant WELLS FARGO BANK, N.A., also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, and also doing business as Wells Fargo Home Mortgage (erroneously sued separately as "Wells Fargo Bank, N.A.", "Wells Fargo Home Mortgage", "Wachovia Mortgage, FSB", and "World Savings Bank, FSB") ("Wells

Fargo") to dismiss the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, which was joined in by defendant NDeX West LLC ("NDeX").  In accordance with that Order:

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

 1. This action is dismissed with prejudice.

 2. Plaintiff Leon Nodari shall take nothing from defendants Wells Fargo and NDeX.

 3. As the prevailing party, defendants Wells Fargo and NDeX may submit motions to tax costs and to recover reasonable attorneys' fees.

 IT IS SO ORDERED.

Dated:  January 12, 2012    _____
                HONORABLE JOHN F. WALTER
                UNITED STATES DISTRICT JUDGE